UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELINO CALDERON-SILVA,<br>Petitioner,<br>v.<br>DOMINGO URIBE, JR., WARDEN,<br>Respondent. | Case No. SACV 09-155 MMM(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied, that Ground One of the Petition is dismissed without prejudice, and that the remaining grounds of the Petition (Grounds One, Three and Four) are dismissed with prejudice.

DATED: May 4, 2011

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE